# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| LUCAS HORTON, § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:20-CV-3626-M-BH |
| § | |
| NORTHCOAST WARRANTY § | |
| SERVICES, INC., § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The plaintiff's *Notice of Voluntary Dismissal Without Prejudice*, filed February 24, 2021 (doc. 9), is liberally construed as a motion to dismiss under Fed. R. Civ. P. 41(a)(2) and **GRANTED**. By separate judgment, the plaintiff's claims will be **DISMISSED** without prejudice.

**SIGNED this 10th day of May, 2021.**

BARBARA M. G. LYNN
CHIEF JUDGE